# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |
|---|---|
| **COMERICA BANK,** <br><br> *Plaintiff*, <br><br> *v.* <br><br> **CONSUMER FINANCIAL PROTECTION BUREAU,** et al., <br><br> *Defendants*. | Civil Action No. 3:24-cv-02828-B |

## PLAINTIFF COMERICA BANK'S
## <u>NOTICE OF DISMISSAL</u>

MATTHEW P. PREVIN
(admitted *pro hac vice*)
matthewprevin@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (202) 318-6049

PAUL R. GENENDER
Texas Bar No. 00790758
paulgenender@paulhastings.com
PAUL HASTINGS LLP
2001 Ross Avenue, Suite #2700
Dallas, Texas 75201
Telephone: (972) 936-7500

JONICE M. GRAY
(admitted *pro hac vice*)
jonicegray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1781

*Counsel for Plaintiff Comerica Bank*

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Comerica Bank dismisses this action without prejudice against Defendants.

DATED this 11th day of April, 2025.          Respectfully submitted,

MATTHEW P. PREVIN                        JONICE M. GRAY
(admitted *pro hac vice*)                    (admitted *pro hac vice*)
   matthewprevin@paulhastings.com             jonicegray@paulhastings.com
PAUL HASTINGS LLP                        PAUL HASTINGS LLP
200 Park Avenue                          2050 M Street NW
New York, NY 10166                       Washington, DC 20036
Telephone: (202) 318-6049                Telephone: (202) 551-1781

    */s/ Paul R. Genender*
PAUL R. GENENDER
(Texas Bar No. 00790758)
   paulgenender@paulhastings.com
PAUL HASTINGS LLP
2001 Ross Avenue, Suite 2700
Dallas, Texas 7520
Telephone: (972) 936-7500

*Counsel for Plaintiff Comerica Bank*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system and was electronically served on all known counsel of record on this the 11th day of April 2025.

*/s/ Paul R. Genender*
Paul R. Genender